# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN, | Case No.: 2:24-cv-01568-APG-EJY |
| Plaintiff | **Order Setting Deadline** |
| v. | |
| LAS VEGAS METROPOLITAN DEPARTMENT, et al., | |
| Defendants | |

I ORDER that any objections to the report and recommendation (ECF No. 8) are due by March 6, 2025.

DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE