**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLANNA WARREN, | Case No.: 2:24-cv-01568-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case With Prejudice** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE, et al., | [ECF No. 8] |
| Defendant | |

On December 9, 2024, Magistrate Judge Youchah recommended that I dismiss plaintiff Allanna Warren's complaint (ECF No. 3-1) with prejudice. ECF No. 8. Warren appealed to the Ninth Circuit, which dismissed the appeal for lack of jurisdiction. ECF Nos. 12, 13. I thereafter gave Warren until March 6 to file an objection to Judge Youchah's report and recommendation (ECF No. 14). Warren did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 8) is accepted and plaintiff Allanna Warren's complaint (ECF No. 3-1) is DISMISSED with prejudice.

/ / / /

/ / / /

I FURTHER ORDER the clerk of court to enter judgment accordingly and to close this case.

DATED this 10th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2